EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br><br><br>Francisco Vázquez Gutiérrez | 2011 TSPR 153<br><br><br>182 DPR ____ |

Número del Caso: TS-1950

Fecha: 26 de septiembre de 2011

Colegio de Abogados de Puerto Rico:

Lcdo. Israel Pacheco Acevedo

Materia: Conducta Profesional- La suspensión de la Notaría será efectiva una vez advenga final y firme la Sentencia, conforme la Regla 45 del Reglamento del Tribunal Supremo sobre Reconsideración.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Francisco Vázquez Gutiérrez            TS-1950


PER CURIAM

San Juan, Puerto Rico, a 26 de septiembre de 2011.

I

El Colegio de Abogados de Puerto Rico comparece ante nos para solicitar la terminación de la fianza notarial prestada por el Lcdo. Francisco Vázquez Gutiérrez debido a que tiene al descubierto el pago de ésta desde mayo de 2010. En vista de ello, el 6 de junio de 2011, le concedimos al querellado un término de veinte (20) días para mostrar causa por la cual no debía ser suspendido del ejercicio de la notaría. Además, le apercibimos que el incumplimiento con las órdenes de este Tribunal podría conllevar la

suspensión del ejercicio de la notaría y dar lugar a sanciones disciplinarias adicionales.[1]

El término concedido expiró y el licenciado Vázquez Gutiérrez no ha comparecido ante el Tribunal, ni ha satisfecho su deuda por concepto de fianza notarial. En vista de lo anterior, procedemos a resolver este asunto sin trámite ulterior.

II

El Art. 7 de la Ley Notarial de 1987, Ley Núm. 75 de 2 de julio de 1987, 4 L.P.R.A. sec. 2011, dispone que para poder ejercer la profesión notarial en Puerto Rico es requerido prestar una fianza no menor de quince mil dólares ($15,000.00) para responder por el buen desempeño de las funciones de su cargo y de los daños y perjuicios que pueda causar en el ejercicio de sus funciones. Aquel notario que no cuenta con la protección que ofrece la fianza notarial constituye un peligro tanto para el tráfico jurídico como para las personas que utilizan sus servicios. El no hacer gestiones para renovar la fianza notarial constituye una falta de respeto hacia este Tribunal por lo que ello requiere nuestra intervención disciplinaria. In re: Ribas Dominicci, 131 D.P.R. 491 (1992). Cualquier letrado que no renueve diligentemente la fianza notarial, se expone a ser suspendido del notariado. Íd.

---

[1]En el año 1997 el Colegio de Abogados también compareció ante este Tribunal para solicitar la cancelación de la fianza notarial por la conducta del licenciado Vázquez Gutiérrez de dejar de satisfacer el pago de la fianza.

Además, todo abogado tiene el deber y obligación de responder con diligencia a los requerimientos y órdenes de este Tribunal, particularmente cuando se trata de procedimientos sobre su conducta profesional. Anteriormente hemos señalado que procede la suspensión del ejercicio de la abogacía cuando un abogado no atiende con diligencia nuestros requerimientos y se muestra indiferente ante nuestros apercibimientos de imponerle sanciones disciplinarias. In re: Morales Rodríguez, 179 D.P.R. 766 (2010); In re: Cubero Feliciano I, 175 D.P.R. 794 (2009); In re: Lloréns Sar, 170 D.P.R. 198 (2007); In re: Vega Lasalle, 164 D.P.R. 659 (2005); In re: Serrano Mangual, 139 D.P.R. 602 (1995); In re: González Albarrán, 139 D.P.R. 543 (1995); In re: Colón Torres, 129 D.P.R. 490 (1991).

III

En vista de lo anterior, se suspende indefinidamente del ejercicio de la notaría al Lcdo. Francisco Vázquez Gutiérrez. Del mismo modo, se le apercibe al abogado de epígrafe que en el futuro deberá cumplir cabalmente con las normas que rigen el desempeño de la profesión jurídica y, en particular, con nuestros requerimientos y órdenes. Esta Opinión y la Sentencia correspondiente se notificarán personalmente al abogado de epígrafe a la última dirección que aparece en el expediente personal del abogado. Finalmente, el Alguacil de este Tribunal deberá incautar la obra y sello notarial del Lcdo. Francisco Vázquez Gutiérrez y entregar éstos a la Directora de la Oficina de Inspección

de Notarías para la correspondiente investigación e informe.

Se dictará la Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Francisco Vázquez Gutiérrez                    TS-1950

SENTENCIA

San Juan, Puerto Rico, a 26 de septiembre de 2011.

Por las razones expuestas en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente Sentencia, se suspende indefinidamente del ejercicio de la notaría al Lcdo. Francisco Vázquez Gutiérrez.

Esta Opinión y la Sentencia correspondiente se notificarán personalmente al abogado de epígrafe a la última dirección que aparece en el expediente personal del abogado.

Finalmente, el Alguacil de este Tribunal deberá incautar la obra y sello notarial del Lcdo. Francisco Vázquez Gutiérrez y entregar éstos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo